Opinion issued October 3, 2002



 







In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00274-CV

____________


JEANETTE SEXTON, Appellant


V.


MARC T. SEXTON, Appellee






On Appeal from the 257th District Court

Harris County, Texas

Trial Court Cause No. 2000-22665






O P I N I O N

 On August 16, 2002, the Court issued an order stating that unless, within 30
days of the date of the order, appellant filed (1) a reasonable explanation for failure
to timely file her brief, and (2) her brief, the Court would dismiss the appeal for want
of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b),(c). Appellant has not filed
her brief.

 Accordingly, the appeal is dismissed for want of prosecution.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Price. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Frank C. Price, former Justice, Court of Appeals, First
District of Texas, participating by assignment.